# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2188
Lower Tribunal No. 2022-CC-880-EV

_____

USGF 4, LLC,

Appellant,

v.

MV ROLLING OAKS RETAIL, LLC,

Appellee.

_____

Appeal from the County Court for Osceola County.
Stefania C. Jancewicz, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and BROWNLEE, JJ., concur.


Robin F. Hazel, of Hazel Law, P.A., Hollywood, and Thomas C. Allison, of Thomas C. Allison P.A., of Orlando, for Appellant.

Ronald D. Edwards, Jr., of Lowndes, Drosdick, Doster, Kantor & Reed, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED